UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | |
| Plaintiff, | Case No. C17-1001RSL |
| v. | ORDER FOR FURTHER BRIEFING |
| SANTA CLARITA CONVALESCENT CORPORATION, *et al.*, | |
| Defendants. | |

On April 20, 2018, the Court granted plaintiff's motion for summary judgment against Santa Clarita Convalescent Corporation but declined to enter a partial judgment because plaintiff had not made the required showing under Rule 54(b). Plaintiff filed a timely motion for reconsideration requesting that partial judgment be entered because there is no just reason for delaying the imposition of withdrawal liability in this case. The Court is inclined to grant the request and therefore directs the Clerk of Court to renote "Plaintiff's Motion for Reconsideration of Court's Order Granting Summary Judgment Against Santa Clarita Convalescent Corporation" (Dkt. # 36) on the Court's calendar for Friday, May 11, 2018.

Dated this 2nd day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge