THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARITA CONVALESCENT CORPORATION, a California corporation, and 23801 NEWHALL AVENUE, LLC, a California limited liability company,<br><br>Defendants. | NO. C17-1001-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION |

THIS MATTER coming to be heard upon Plaintiff's Motion for Reconsideration, Plaintiff appearing through its attorneys, Russell J. Reid and Thomas A. Leahy of Reid, McCarthy, Ballew & Leahy, L.L.P., and Defendant Santa Clarita appearing through its attorneys Charles D. Ferrari of Adli Law Group PC, and Jerome Leon Rubin of Williams Kastner, and the Court being fully advised, now, therefore:

IT IS HEREBY ORDERED AND DECREED:

1. That the Court's April 20, 2018 Order Granting Plaintiff's Motion for Summary Judgment Against Santa Clarita be modified to also include that

Judgment is entered against Santa Clarita under FRCP 54(b) in the amounts hereinafter listed; which amounts are due to the Plaintiff for Santa Clarita's withdrawal from the WCTPT;

A. $69,731.80 in withdrawal liability

B. $13,946.36 in liquidated damages;

C. $2,619.15 in interest (through March 20, 2018; which will continue to accrue), and

C. attorneys' fees and costs to be determined at a later date.

ORDER ENTERED THIS 15th day of May, 2018.

*/s/ S Lasnik*
THE HONORABLE ROBERT S. LASNIK

PRESENTED FOR ENTRY:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

s/Thomas A. Leahy
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
Attorneys for Plaintiff