UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

SANTA CLARITA CONVALESCENT CORPORATION, *et al.*,

    Defendants.

Case No. C17-1001RSL

ORDER AWARDING ATTORNEY'S FEES AND COSTS

This matter comes before the Court on "Plaintiff's Motion for Attorney's Fees and Costs" against defendant Santa Clarita Convalescent Corporation ("SCCC"). Dkt. # 43. The Court has already found that an award of fees is proper (Dkt. # 40), and SCCC has not objected to the rates charged or the number of hours expended in this matter. The requested fees and costs are reasonable, and the unopposed motion is GRANTED. Plaintiff is awarded $19,720.10 in attorney's fees and $686.27 in costs against SCCC. The Clerk of Court is directed to enter an amended partial judgment to reflect these amounts.

Dated this 19th day of June, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER AWARDING ATTORNEY'S FEES
AND COSTS - 1