The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARITA CONVALESCENT CORPORATION, a California corporation; and 23801 NEWHALL AVENUE, LLC, a California limited liability company, <br><br> Defendants. | NO. C17-1001-RSL <br><br> ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SANTA CLARITA CONVALESCENT CORPORATION |

The Court, having considered the Motion to Withdraw as Counsel for Defendant Santa Clarita Convalescent Corporation filed by The ADLI Law Group, P.C., Anthony DiMonte and Charles Ferrari (collectively, "Defense Counsel"), and supporting papers and declaration in addition to considering any opposition papers, and good cause appearing therefore,

The Motion of Defense Counsel for an order granting Defense Counsel's Motion to Withdraw as Counsel for Defendant Santa Clarita Convalescent Corporation is hereby GRANTED.

Defense Counsel shall serve Notice of this Order on Defendant Santa Clarita Convalescent Corporation through service on its President, Steven Pavlow.

IT IS SO ORDERED.

ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SANTA CLARITA CONVALESCENT CORPORATION - 1
(C17-1001-RSL )

6630529.1

**ADLI LAW GROUP, P.C.**
444 South Flower St., Suite 3100
Los Angeles, California 90071
Ph: (213) 623-6546
Fax: (213) 623-6554

1  Dated this 5th day of February, 2019.

    *MRT S Lasnik*
    HONORABLE ROBERT S. LASNIK

Presented by:

ADLI LAW GROUP, P.C.

By: s/ Charles Ferrari
    Charles Ferrari, Esq., pro hac vice
    Attorneys for Defendant Santa Clarita
    Convalescent Corporation

ORDER GRANTING DEFENSE COUNSEL'S MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANT SANTA CLARITA
CONVALESCENT CORPORATION - 2
(C17-1001-RSL )

6630529.1

**ADLI LAW GROUP, P.C.**
**444 South Flower St., Suite 3100**
**Los Angeles, California 90071**
**Ph: (213) 623-6546**
**Fax: (213) 623-6554**